DAVID S. MacCUISH (State Bar No. 054024)
ANDREW M. GILFORD (State Bar No. 144994)
ELIZABETH A. FIERMAN (State Bar No. 231474)
ERIN L. CURRAN (State Bar No. 209055)
**WESTON, BENSHOOF, ROCHEFORT,
  RUBALCAVA & MacCUISH LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California  90071
Telephone:  (213) 576-1000
Facsimile:  (213) 576-1100
E-mail: dmaccuis@wbcounsel.com
E-mail: agilford@wbcounsel.com
E-mail: efierman@wbcounsel.com
E-mail: ecurran@wbcounsel.com

Attorneys for Defendant
AMERADA HESS CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RECLAMATION DISTRICT NO. 2116 and WILLIAM P. DEPAOLI,<br><br>Plaintiffs,<br><br>v.<br><br>ARCADY OIL COMPANY, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS. | **Case No.: CIV-S-96 1473 FCD (JFM)**<br><br>**SUBSTITUTION OF ATTORNEYS OF RECORD; ORDER**<br><br>Honorable Frank C. Damrell, Jr.<br><br>Filing Date:         August 14, 1996<br>Trial Date:          None Set<br>Discovery Cut-off: None Set<br>Motion Cut-off:    None Set |

Pursuant to Local Rule 83-182(g), BP AMERICA PRODUCTION COMPANY ("BP"), formerly known as Amoco Production Company and erroneously sued herein as Amoco Petroleum Additives Co., and ATLANTIC RICHFIELD COMPANY ("Atlantic Richfield"), sued herein and formerly known as Arco Oil and Gas Company, parties to this action, hereby make the following substitution of counsel:

BP and Atlantic Richfield substitute Andrew M. Gilford of Weston Benshoof Rochefort Rubalcava & MacCuish, LLP, 333 South Hope Street, 16th Floor, Los Angeles, California 90071, as their counsel of record in this action, in the place and stead of the law firm of Baker & McKenzie LLP.

BP and Atlantic Richfield are defendants, counter-claimants, cross-claimants and cross-defendants in this action.

I CONSENT TO THIS SUBSTITUTION.

DATED:  **BP AMERICA PRODUCTION COMPANY**

_____
Todd L. Normane
Senior Attorney

I CONSENT TO THIS SUBSTITUTION.

DATED:  **ATLANTIC RICHFIELD COMPANY**

_____
Todd L. Normane
Senior Attorney

I CONSENT TO THIS SUBSTITUTION.

DATED:  **BAKER & McKENZIE LLP**

_____
Bruce H. Jackson
Former counsel of record for Defendants, Counter-Claimants, Cross-Claimants and Cross-Defendants BP AMERICA PRODUCTION COMPANY and ATLANTIC RICHFIELD COMPANY

1  I CONSENT TO THIS SUBSTITUTION.

2  DATED:                       **WESTON, BENSHOOF, ROCHEFORT,**
3                               **RUBALCAVA & MacCUISH LLP**

4
                               _____
5                              Andrew M. Gilford
                               New counsel of record for Defendants, Counter-
                               Claimants, Cross-Claimants and Cross-Defendants
6                              BP AMERICAN PRODUCTION COMPANY and
                               ATLANTIC RICHFIELD COMPANY
7

8

9  **IT IS SO ORDERED.**

10

11 DATED: June 30, 2006

12                               /s/ Frank C. Damrell Jr.
                                 FRANK C. DAMRELL, JR.,
13                               Presiding Judge
                                 United States District Court,
14                               Eastern District of California

15

16

17

18

19

20

21

22

23

24

25

26

27

28