NORMAN C. HILE (STATE BAR NO. 57299)
HEATHER M. ROWAN (STATE BAR NO. 232415)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:     916-447-9200
Facsimile:      916-329-4900

Attorneys for Defendants
CMS Nomeco Oil & Gas Co.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RECLAMATION DISTRICT NO. 2116, and WILLIAM P. DEPAOLI,<br><br>Plaintiff,<br><br>v.<br><br>ARCADY OIL COMPANY, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS | Case No.  96 CV 1473 FCD/JFM<br><br>**STIPULATION AND ORDER TO EXTEND HEARING DATE FOR MOTION TO DISMISS**<br><br>"AS MODIFIED" |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

The parties, by and through their counsel of record, submit that good cause exists for the following stipulation, and accordingly hereby stipulate as follows:

1.     On June 2, 2006, this Court ordered that the Defendants in the above captioned matter would have sixty days to serve a motion to dismiss in accordance with Local Rule 78-230 and the Court's Order of April 18, 2006.  The Court offered three dates that were available for the hearing, and the parties confirmed that the Court would hear the motion to dismiss on August 18, 2006 at 10 a.m.  The deadline for serving the motion was July 21, 2006.

2. Neither party has requested any other extension for this hearing. After conferring regarding the dates, the parties now agree to move the hearing to a later date.

3. When counsel for defendant CMS Nomeco called the Court to request a new hearing date for the motion, the Court confirmed that September 15, 2006 at 10:00 a.m. was available for the Court to hear the motion to dismiss.

4. Defendants shall have until August 8, 2006 to serve and file the motion. All parties to the matter agree that a hearing date of September 15, 2006 at 10:00 a.m. is agreeable.

IT IS SO STIPULATED.

Dated: July __, 2006

NORMAN C. HILE

HEATHER M. ROWAN

Orrick, Herrington & Sutcliffe LLP

---

Norman C. Hile
Attorneys for Defendant
CMS Nomeco Oil & Gas Co.

Dated: July __, 2006

DAVID R. ISOLA
FREDERICK "DOYLE" GRAHAM
Isola & Associates, LLP

---

Frederick "Doyle" Graham
Attorneys for Plaintiffs
Reclamation District No. 2116 and
William P. DePaoli

IT IS SO ORDERED.

DATED: July 14, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge