| | |
|---|---|
| 1 | GLYNN & FINLEY, LLP |
|   | ANDREW T. MORTL, Bar No. 177876 |
| 2 | PATRICIAL L. BONHEYO, Bar No. 194155 |
|   | One Walnut Creek Center |
| 3 | 100 Pringle Avenue, Suite 500 |
|   | Walnut Creek, CA 94596 |
| 4 | Telephone: (925) 210-2800 |
|   | Facsimile: (925) 945-1975 |
| 5 | Emails:  amortl@glynnfinley.com |
|   |          tbonheyo@glynnfinley.com |
| 6 |   |
|   | Attorneys for Defendant |
| 7 | ConocoPhillips Company |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

RECLAMATION DISTRICT NO. 2116, ) **Case No. 96 CV 1473 FCD/JFM**
AND WILLIAM P. DEPAOLI, )
) **SUBSTITUTION OF COUNSEL**
Plaintiffs, )
)
vs. )
)
ARCADY OIL COMPANY, et al.., )
)
Defendants. )
)
AND RELATED COUNTERCLAIMS )
AND CROSS CLAIMS )

ConocoPhillips Company, successor by merger to Conoco, Inc., and sued as Conoco, Inc., hereby substitutes Andrew T. Mortl and Patricia L. Bonheyo, Glynn & Finley, LLP, One Walnut Creek Center, 100 Pringle Avenue, Suite 500, Walnut Creek, CA 94596, telephone (925) 210-2800, as counsel for service in this action in place and instead of Paul T. Gough, Law Offices of Paul T. Gough, 12925 Riverside Drive, Second Floor, Sherman Oaks, CA 91423, telephone (818) 971-3660.

| | |
|---|---|
| 1 | I consent to the above substitution. |
| 2 | Dated: August 15, 2006 |

CONOCOPHILLIPS COMPANY

By  /s/ Derrick Vallance (original signature retained by attorney Patricia L. Bonheyo)
Its  Senior Counsel

I consent to the above substitution.

Dated: August 8, 2006

LAW OFFICES OF PAUL T. GOUGH
12925 Riverside Drive, Second Floor
Sherman Oaks, CA 91423

By  /s/ Paul T. Gough (as authorized on 8/8/06)

I consent to the above substitution.

Dated: August 16, 2006

GLYNN & FINLEY, LLP
ANDREW T. MORTL
PATRICIA L. BONHEYO
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA  94596

By  /s/ Patricia L. Bonheyo
Attorneys for Defendant ConocoPhillips Company

ORDER

IT IS SO ORDERED.

Dated: August 21, 2006

/s/ Frank C. Damrell Jr.
The Honorable Frank C. Damrell, Jr.
District Court Judge