1  LORI J. GUALCO (BAR NO. 95232)
   Attorney at Law
2  455 Capitol Mall, Suite 210
   Sacramento, CA  95814
3  Telephone:   (916) 442-6660
   Facsimile:   (916) 442-0145
4
   Attorney for Defendant, Counter claimant and
5  Cross-claimant, ASTA Construction Co., Inc.

6

7

8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10                                SACRAMENTO DIVISION

11

12  RECLAMATION DISTRICT NO. 2116, and     Case No.  96 CV 1473 FCD/JFM
    WILLIAM P. DEPAOLI,
13                                          **STIPULATION AND ORDER TO
                     Plaintiff,             EXTEND HEARING DATE FOR
14                                          MOTION TO DISMISS**
         v.
15
    ARCADY OIL COMPANY, et al.,
16
                     Defendants.
17

18  AND RELATED COUNTERCLAIMS AND
    CROSS-CLAIMS
19

20  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

21       The parties, by and through their counsel of record, submit that good cause exists for the

22  following stipulation, and accordingly hereby stipulate as follows:

23       1.   On June 2, 2006, this Court ordered that the Defendants in the above captioned

24  matter would have sixty days to serve a motion to dismiss in accordance with Local Rule 78-230

25  and the Court's Order of April 18, 2006.  The Court offered three dates that were available for the

26  hearing, and the parties confirmed that the Court would hear the motion to dismiss on August 18,

27  2006 at 10 a.m.  The deadline for serving the motion was July 21, 2006.

28       2.   One extension has been agreed to in this action and a stipulation and order was

1 submitted to the Court rescheduling the hearing date to September 15, 2006.  It is now necessary

2 to again reschedule the date of the hearing and the parties have so agreed.

3     3. When counsel for defendant ASTA Construction Co., Inc. contacted the Court to

4 request a new hearing date for the motion, the Court confirmed that October 27, 2006 at 10 a.m.

5 was available for the Court to hear the motion to dismiss.

6     4. The parties shall serve all papers in accordance with local law and motion rules.

7 All parties to the matter agree that a hearing date of October 27, 2006 at 10 a.m. is agreeable.

IT IS SO STIPULATED.

Dated: August _21_, 2006               LAW OFFICE OF LORI J. GUALCO

By: __/s/ Lori J. Gualco_____
    LORI J. GUALCO.
Attorney for ASTA Construction Co., Inc.
.

Dated:  August _21_, 2006              ISOLA & RUIZ, LLP

By: __/s/ David R. Isola_____
    DAVID R. ISOLA
Attorneys for RECLAMATION DISTRICT NO.
2116 and WILLIAM P. DePAOLI

///
///
///
///
///
///

1     The above stipulation of the parties is adopted.  Additionally, defendant Hexadyne's
2 Motion to Dismiss set for hearing on September 15, 2006 is VACATED and RESET for
3 October 27, 2006 at 10:00 a.m.  All briefing on the pending motion and motions to be filed shall
4 comply with Local Rule 78-230 and the new hearing date of October 27, 2006.
5     IT IS SO ORDERED.

7 Dated: August 29, 2006            /s/ Frank C. Damrell Jr          .
8                                     Judge Frank C. Damrell, Jr.
                                      Eastern District of California

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States, more than eighteen years old and not a party to this action. My place of employment and business address is 400 Capitol Mall, Suite 3000, Sacramento, California 95814.

On August 21, 2006, I served the following:

**STIPULATION AND [PROPOSED] ORDER TO EXTEND HEARING DATE FOR MOTION TO DISMISS**

via e-mail by electronically transmitting these documents in Adobe PDF format to the e-mail addresses listed on the attached proof of service list.

Executed on August 21, 2006 at Sacramento, California.

I declare under penalty of perjury under the laws of the State of California and these United States that the foregoing is true and correct.

                                                /s/ Jennifer B. Holdener
                                                   Jennifer B. Holdener

**PROOF OF SERVICE**
*Reclamation District No. 2116, et al. v. Arcady Oil Company, et al.*
U.S.D.C. (Eastern District) Case No. CIV-S-96-1473 FCD JFM

| | |
|---|---|
| **David R. Isola, Esq.**<br>**Frederick "Doyle" Graham**<br>Isola & Ruiz, LLP<br>701 South Ham Lane, Level B<br>Lodi, CA  95242<br>Telephone:    (209) 367-7055<br>Fax:               (209) 367-7056<br>disola@isolabowers.com<br>kward@isolalaw.com<br>aramirez@isolalaw.com<br>fdgraham@isolalaw.com | Counsel for **Plaintiffs** Reclamation District No. 2116 and William P. DePaoli |
| **Scott Loren Steever, Esq.**<br>Lanahan & Reilley, L.L.P.<br>600 Bicentennial Way, Suite 300<br>Santa Rosa, CA  95403<br>Telephone:    (707) 524-4200<br>Fax:               (707) 523-4610<br>ssteever@lanahan.com | Counsel for Arcady Oil Company, a suspended corporation |
| **Gregory C. Brown, Esq.**<br>Bright and Brown<br>550 N. Brand Blvd., Suite 2100<br>Glendale, CA 91203<br>Telephone:    (818) 243-2121<br>Fax:               (818) 243-3225<br>gbrown@brightandbrown.com | Counsel for Atlantic Oil Company, Chevron U.S.A., EnCana Corporation [formerly Pan Canadian Petroleum Company],<br>Marathon Oil Company [for Texas Oil & Gas Corporation], Union Oil Company of California, dba Unocal and<br>Western Continental Operating Company |
| **Daniel P. Costa, Esq.**<br>The Costa Law Firm<br>455 University Avenue, Suite 360<br>Sacramento, CA  95825<br>Telephone:    (916) 920-2856<br>Fax:               (916) 920-2857<br>dpc@costalaw.net<br>elr@costalaw.net | Counsel for Hexadyne Energy Corporation and Hexadyne Drilling Exploration |
| **John J. Verber, Esq.**<br>Burnham and Brown<br>1901 Harrison Street, 11th Floor<br>Oakland, CA 94604<br>Telephone:    (510) 444-6800<br>Fax:               (510) 835-6666<br>jverber@burnhambrown.com | Counsel for Venturini Associates |

| | |
|---|---|
| **Andrew M. Gilford, Esq.**<br>**Elizabeth Fierman**<br>Weston, Benshoof, Rochefort,<br>    Rubalcava & MacCuish LLP<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071<br>Telephone:    (213) 576-1000<br>Fax:             (213) 576-1100<br>agilford@wbcounsel.com<br>efierman@wbcounsel.com | Counsel for Amerada Hess Corporation<br>Counsel for Amoco Production Company<br>Arco Oil and Gas Company<br>Atlantic Richfield Company |
| **Lori J. Gualco, Esq.**<br>455 Capitol Mall, Suite 210<br>Sacramento, CA 95814-4405<br>Telephone:    (916) 442-6660<br>Fax:             (916) 442-0145<br>ljgualco@gualcolaw.com | Counsel for ASTA Construction Co., Inc. |
| **Brian S. Haughton**<br>**Maureen L. King**<br>Barg Coffin Lewis & Trapp, LLP<br>One Market Street<br>Steuart Tower, Suite 2700<br>San Francisco, CA 94105<br>Telephone:    (415) 228 5400<br>Fax:             (415) 228 5450<br>bsh@bcltlaw.com<br>mlk@bcltlaw.com<br>efp@bcltlaw.com<br>jff@bcltlaw.com<br>Jon Bowden (jon.m.bowden@bhpbilliton.com; in-house counsel at Hamilton)<br>Elliot Heide (elliott_heide@oxy.com; in house counsel at OXY/Occidental | Counsel for Hamilton Brothers Corporation, Occidental Petroleum Corporation, OXY USA, Inc. and Pacific Gas & Electric Co. |
| **Mary Snyder**<br>PG&E -- Law Dept.<br>77 Beale Street-B30A<br>P.O. Box 7442<br>San Francisco, CA  94120<br>Telephone:    (415) 973-4377<br>Fax:             (415) 973-5520<br>mcsa@pge.com | In-house Counsel for Pacific Gas & Electric Company |
| **Kathy M. Abdallah**<br>Kroloff, Belcher, Smart,<br>    Perry & Christopherson<br>7540 Shoreline Drive<br>P.O. Box 692050<br>Stockton, CA  95219<br>Telephone:    (209) 478-2000<br>Fax:             (209) 478-0354<br>kabdallah@kroloff.com | Counsel for A.M. Stephens Construction Co., Inc. |

| | | |
|---|---|---|
| 1 | **James V. DeMera III [replace Tom Newton]**<br>Mullen, Sullivan & Newton, LLP<br>1111 West Tokay Street  (95240)<br>P.O. Box 560<br>Lodi, CA  95241-0560<br>Telephone:      (209) 334-5144<br>Fax:                 (209) 333-1034<br>j.demera@lodilaw.com | Counsel for Warren E. Gomes Excavating, Inc. and W.F. Landi Company |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | **Robert J. Noriega, Esq.**<br>Noriega & Bradshaw, LLP<br>1801 - 18th Street<br>Bakersfield, CA  93301<br>Telephone:      (661) 327-5363<br>Fax:                 (661) 327-5492<br>rob@noriega-bradshaw.com | Counsel for Cleveland Drilling, Inc. |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | **Patricia L. Bonheyo**<br>**Andrew T. Mortl**<br>Glynn & Finley LLP<br>One Walnut Creek Center<br>100 Pringle Ave #500<br>Walnut Creek, CA  94596<br>Telephone:      (925) 210-2800<br>Fax:                 (925) 945-1975<br>tbonheyo@glynnfinley.com<br>amortl@glynnfinley.com | Counsel for Conoco, Inc. |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | **Norman C. Hile**<br>**Stephanie Zook**<br>Orrick, Herrington & Sutcliffe<br>400 Capitol Mall Suite 3000<br>Telephone:      (916) 329-7900<br>Fax:                 (916) 329.4900<br>Heather:           (916) 329.7955<br>nhile@orrick.com<br>szook@orrick.com | Counsel for CMS Nomeco Oil & Gas Co. |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | **David Michael Young**<br>Attorney at Law<br>189 First Street<br>Woodland, CA 95695-3208<br>Telephone:     (530) 668-0333<br>Fax:                (530) 668-0300<br>DavidYoung@DMYoungAtty.com | Counsel for Delta Oilfield Services, Inc. |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |

| | |
|---|---|
| **John Lynn Smith**<br>**Julia Butler**<br>Reed Smith LLP<br>1999 Harrison Street, Suite 2400<br>Oakland, CA  94612<br>Telephone:   (510) 763-2000<br>Fax:             (510) 273-8832<br>jlsmith@reedsmith.com<br>jbutler@reedsmith.com | Counsel for SFPP, L.P. |
| **Paul Dezurick, Esq.**<br>903 State Street<br>Hood River, OR  97031<br>Fax:            541.386.6901<br>pdezurick@blpartners.com | Counsel for Samson Resources Co. |
| **Jeff E. Stiles**<br>Castle Minerals<br>45 Main Street<br>Rio Vista, CA  94571<br>Telephone:   (707) 374-6814<br>castleminerals@frontiernet.net | Castle Minerals |