John J. Verber, SBN 139917
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California  94612
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666
Email:        jverber@burnhambrown.com

Attorneys for Defendant
VENTURINI ASSOCIATES, INCORPORATED
(A dissolved corporation)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RECLAMATION DISTRICT NO. 2116, and WILLIAM P. DePAOLI,<br><br>     Plaintiff,<br><br>v.<br><br>ARCADY OIL COMPANY, et al.,<br><br>     Defendants. | No. CIV-S-96-1473 JAM DAD<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT VENTURINI ASSOCIATES, INCORPORATED WITH PREJUDICE; ORDER** |

IT IS HEREBY STIPULATED, by and between Plaintiffs Reclamation District No. 2116 and William P. DePaoli, through their counsel, Paul Hagen, Esq., of the law firm of Isola Law Group, LLP, and Defendant VENTURINI ASSOCIATES, INCORPORATED, through their counsel of record, John Verber, Esq., of the law firm of BURNHAM BROWN that all claims against Defendant VENTURINI ASSOCIATES, INCORPORATED in the above entitled action be dismissed with prejudice, each party to bear their own attorney's fees, costs and related expenses.

DATED: May 31, 2013                 BURNHAM BROWN

                                             _John Verber /s/_____
                                             JOHN VERBER
                                             California Bar No. 139917
                                             1901 Harrison Street, 14th Floor
                                             Oakland, California  94612
                                             Attorneys for Defendant
                                             VENTURINI ASSOCIATES, INCORPORATED
                                             (A dissolved corporation)

DATED: May__, 2013                 ISOLA LAW GROUP, LLP

                                             _Paul Hagen /s/_____
                                             PAUL HAGEN
                                             California Bar No. 164773
                                             822 G Street, Ste 7
                                             Arcata, California 95521
                                             Attorneys for Plaintiff s
                                             RECLAMATION DISTRICT NO. 2116 AND
                                             WILLIAM P. DEPAOLI

IT IS SO ORDERED.

DATED: 7/31/2013                 /s/ John A. Mendez_____
                                             U. S. DISTRICT COURT JUDGE