John J. Verber, SBN 139917
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
Email: jverber@burnhambrown.com

Attorneys for Defendant
VENTURINI ASSOCIATES, INCORPORATED
(A dissolved corporation)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RECLAMATION DISTRICT NO. 2116, and WILLIAM P. DePAOLI,<br><br>Plaintiff,<br><br>v.<br><br>ARCADY OIL COMPANY, et al.,<br><br>Defendants. | No. CIV-S-96-1473 JAM DAD<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT VENTURINI ASSOCIATES, INCORPORATED WITH PREJUDICE; ORDER** |

**REQUEST FOR DISMISSAL OF DEFENDANT VENTURINI ASSOCIATES, INCORPORATED WITH PREJUDICE; ORDER**   1   No. CIV-S-96-1473-FCD JFM

IT IS HEREBY STIPULATED, by and between Plaintiffs Reclamation District No. 2116 and William P. DePaoli, through their counsel, Paul Hagen, Esq., of the law firm of Isola Law Group, LLP, and Defendant VENTURINI ASSOCIATES, INCORPORATED, through their counsel of record, John Verber, Esq., of the law firm of BURNHAM BROWN that all claims against Defendant VENTURINI ASSOCIATES, INCORPORATED in the above entitled action be dismissed with prejudice, each party to bear their own attorney's fees, costs and related expenses.

DATED: May 31, 2013                                BURNHAM BROWN

 John Verber /s/
JOHN VERBER
California Bar No. 139917
1901 Harrison Street, 14th Floor
Oakland, California 94612
Attorneys for Defendant
VENTURINI ASSOCIATES, INCORPORATED
(A dissolved corporation)

DATED: May__, 2013                                ISOLA LAW GROUP, LLP

 Paul Hagen /s/
PAUL HAGEN
California Bar No. 164773
822 G Street, Ste 7
Arcata, California 95521
Attorneys for Plaintiff s
RECLAMATION DISTRICT NO. 2116 AND
WILLIAM P. DEPAOLI

IT IS SO ORDERED.

DATED: 7/31/2013                                /s/ John A. Mendez
                                                       U. S. DISTRICT COURT JUDGE