
MILLER NASH GRAHAM & DUNN LLP
Phillip Allan Trajan Perez, Bar No. 234030
trajan.perez@millernash.com
100 Oceangate, Suite 300
Long Beach, California  90802
Telephone:  562.435.8002
Facsimile:   206.340.9599

Attorneys for Defendant
ATLANTIC RICHFIELD COMPANY
(formerly Arco Oil and Gas Company) and
BP AMERICA PRODUCTION COMPANY
(formerly Amoco Production Company and
erroneously sued as Amoco Petroleum
Additives Company)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RECLAMATION DISTRICT NO. 2116, and WILLIAM P. DEPAOLI,<br><br>Plaintiff,<br><br>v.<br><br>ARCADY OIL COMPANY, et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS | Case No.  2:96-cv-01473-JAM-DAD<br><br>**STIPULATION OF DISMISSAL** |

Plaintiffs and Defendants file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    1.    Plaintiffs are RECLAMATION DISTRICT NO. 2116 and WILLIAM P. DEPAOLI.

    2.    Defendants are OCCIDENTAL PETROLEUM CORPORATION; OXY USA, INC.; HAMILTON BROTHERS CORPORATION; ATLANTIC OIL COMPANY, CHEVRON U.S.A. INC.; ENCANA

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
LONG BEACH

70019983.2

STIPULATION OF DISMISSAL OF ALL PARTIES
2:96-CV-01473-JAM-DAD

1  CORPORATION (formerly Pan Canadian Petroleum Company); MARATHAON
2  OIL COMPANY (for Texas Oil & Gas Corporation); UNION OIL COMPANY OF
3  CALIFORNIA (erroneously sued as Unocal); WESTERN CONTINENTAL
4  OPERATING COMPANY; HESS CORPORATION (formerly Amerada Hess
5  Corporation); ATLANTIC RICHFIELD COMPANY (formerly Arco Oil and Gas
6  Company); BP AMERICA PRODUCTION COMPANY (formerly Amoco
7  Production Company and erroneously sued as Amoco Petroleum Additives Co.);
8  CONOCOPHILLIPS COMPANY; HEXADYNE ENERGY CORPORATION;
9  HEXADYNE DRILLING CORPORATION (a dissolved California corporation);
10 CMS ENERGY; and CLEVELAND DRILLING, INC.  The other defendants
11 originally named in this action have either been dismissed, had a default judgment
12 entered against them or have not been active in this litigation.

       3.     On August 14, 1996 Plaintiffs filed their Complaint against Defendants.  On January 17, 1997 Plaintiffs filed their First Amended Complaint against Defendants.

       4.     Plaintiffs move to dismiss the suit, including without limitation, all counts contained in their Complaint and First Amended Complaint, without prejudice.

       5.     Defendants agree and stipulate to Plaintiffs' dismissal without prejudice of their Complaint and First Amended Complaint.

       6.     Counter-Complainant Atlantic Oil Company, filed a counterclaim against Plaintiffs on March 14, 1997, and moves to dismiss its counterclaim without prejudice.

       7.     Counter-Complainant Encana Corporation (formerly Pan Canadian Petrol), filed a counterclaim against Plaintiffs on March 17, 1997, and moves to dismiss its counterclaim without prejudice.

       8.     Counter-Complainant Chevron U.S.A. Inc. filed a counterclaim against Plaintiffs on March 14, 1997, and moves to dismiss its counterclaim without

prejudice.

9. Counter-Complainant Union Oil Company of California (erroneously sued as Unocal), filed a counterclaim against Plaintiffs on March 14, 1997, and moves to dismiss its counterclaim without prejudice.

10. Counter-Complainant Texas Oil & Gas Corporation, filed counterclaim against Plaintiffs on March 14, 1997, and Marathon Oil Company (for Texas Oil & Gas Corporation and with the authority to do so) moves to dismiss Texas Oil & Gas Corporation's counterclaim without prejudice.

11. Counter-Complainant Western Continental Operating Company, filed a counterclaim against Plaintiffs on December 16, 1996, and moves to dismiss its counterclaim without prejudice.

12. Counter-Complainant Hamilton Brothers Corporation filed a counterclaim against Plaintiffs on November 18, 1996, and moves to dismiss its counterclaim without prejudice.

13. Counter-Complainant Occidental Petroleum Corporation filed a counterclaim against Plaintiffs on November 18, 1996, and moves to dismiss its counterclaim without prejudice.

14. Counter-Complainant OXY USA, Inc. filed a counterclaim against Plaintiffs on November 18, 1996, and moves to dismiss its counterclaim without prejudice.

15. Plaintiffs agree to the Defendants' dismissal without prejudice of their respective counterclaims and cross-claims.

16. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

17. A receiver has not been appointed in this case.

18. This case is not governed by any federal statute that requires a

1  court order for dismissal of the case.

2        19.    Plaintiffs have not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

      20.    This dismissal is without prejudice as to all claims, counterclaims and cross-claims and, therefore, resolves all matters pending before this Court.

      THEREFORE, IT IS HEREBY STIPULATED by and between the Parties hereto that all remaining claims, counterclaims, cross-claims and/or third-party claims that have been made by each of Plaintiffs and/or Defendants are dismissed without prejudice.

DATED: April 23, 2015     **ISOLA LAW GROUP, LLP**

/s/ David R. Isola
David R. Isola
Paul Hagen

Attorneys for Plaintiffs RECLAMATION DISTRICT NO. 2116 and WILLIAM P. DEPAOLI

DATED: April 23, 2015     **GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**

/s/ Peter A. Nyquist
Peter A. Nyquist
Christopher W. Smith

Attorneys for Defendant HESS CORPORATION (formerly Amerada Hess Corporation and erroneously sued as Amereda Hess)

| | |
|---|---|
| DATED: April 23, 2015 | **BARG COFFIN LEWIS & TRAPP LLP** |

/s/ Donald E. Sobelman
Donald E. Sobelman

Attorneys for Defendants Hamilton Brothers Corporation, Occidental Petroleum Corporation and OXY USA, Inc.

| | |
|---|---|
| DATED: April 23, 2015 | **BRIGHT AND BROWN** |

/s/ Kristin Taylor
Kristin Taylor

Attorneys for Defendants Atlantic Oil Company, Chevron U.S.A. Inc., EnCana Corporation (formerly Pan Canadian Petroleum Company), Marathon Oil Company (for Texas Oil & Gas Corporation), Union Oil Company of California (erroneously sued as Unocal), and Western Continental Operating Company

| | |
|---|---|
| DATED: April 23, 2015 | **THE COSTA LAW FIRM** |

/s/ Daniel P. Costa
Daniel P. Costa

Attorneys for Defendants Hexadyne Energy Corporation and Hexadyne Drilling Exploration

| | |
|---|---|
| DATED: April 23, 2015 | **ORRICK HERRINGTON & SUTCLIFFE** |

/s/  Michael Weed
Michael Weed

Attorneys for Defendant CMS Energy.

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
LONG BEACH

70019983.2

- 5 -

STIPULATION OF DISMISSAL OF ALL PARTIES
2:96-CV-01473-JAM-DAD

| | | |
|---|---|---|
| 1 | DATED: April 23, 2015 | **NORIEGA & OLDAKER** |
| 2 | | |
| 3 | | /s/ Robert J. Noriega |
| 4 | | Robert J. Noriega |
| 5 | | Attorneys for Defendant Cleveland Drilling Co. |
| 6 | DATED: April 23, 2015 | **GLYNN & FINLEY LLP** |

/s/ Andrew T. Mortl
Andrew T. Mortl

Attorneys for Defendant ConocoPhillips Company, successor by merger to Conoco, Inc., and sued as Conoco, Inc.

DATED: April 23, 2015        MILLER NASH GRAHAM & DUNN LLP

By: /s/ Phillip Allan Trajan Perez
    Phillip Allan Trajan Perez
Attorneys for Defendant ATLANTIC RICHFIELD COMPANY (formerly Arco Oil and Gas Company) and BP AMERICA PRODUCTION COMPANY (formerly Amoco Production Company and erroneously sued as Amoco Petroleum Additives Company)

SO ORDERED:

DATED: April 24, 2015

/s/ John A. Mendez
United States District Court Judge